JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GROSS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOS ANGELES COUNTY SUPERINTENDENT OF SCHOOLS, A Public Entity; LOS ANGELES COUNTY OFFICE OF EDUCATION, BOARD OF EDUCATION, A Public Entity; and DOES 1 through 20, inclusive,<br><br>　　　　Defendant. | Case No. CV10-3524 JFW (Ex)<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Pretrial:　4/1/11<br>Trial:　　4/9/11 |

　　Upon consideration of the Joint Stipulation For Dismissal With Prejudice submitted by plaintiff DONALD GROSS and defendants LOS ANGELES COUNTY SUPERINTENDENT OF SCHOOLS and LOS ANGELES COUNTY OFFICE OF EDUCATION, BOARD OF EDUCATION,

　　IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated:　December 31, 2010

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000